| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-12515-PMM**

TIMOTHY T THIEME  
JOYLYNN E FARRIS-THIEME  
111 INDEPENDENCE COURT  
BLANDON PA 19510

Petition Filed Date: 04/16/2018  
341 Hearing Date: 06/05/2018  
Confirmation Date: 01/24/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/24/2020 | $825.00 | | 02/24/2020 | $825.00 | | 03/18/2020 | $340.00 | |
| 04/20/2020 | $340.00 | | 05/18/2020 | $340.00 | | 06/18/2020 | $340.00 | |
| 07/20/2020 | $340.00 | | 08/18/2020 | $340.00 | | 09/18/2020 | $340.00 | |
| 10/20/2020 | $340.00 | | 11/20/2020 | $340.00 | | 12/18/2020 | $340.00 | |
| 01/19/2021 | $340.00 | | 02/19/2021 | $340.00 | | 03/18/2021 | $340.00 | |
| 04/20/2021 | $340.00 | | 05/18/2021 | $340.00 | | | | |

**Total Receipts for the Period: $6,750.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $17,755.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | AMERICAN EXPRESS NATIONAL BANK<br>»» 004 | Unsecured Creditors | $1,067.29 | $110.45 | $956.84 |
| 25 | BILL ME LATER AS SERVICER for SYNCHRONY BANK<br>»» 025 | Unsecured Creditors | $811.07 | $87.89 | $723.18 |
| 23 | BANK OF AMERICA NA<br>»» 023 | Unsecured Creditors | $4,663.79 | $527.43 | $4,136.36 |
| 24 | BANK OF AMERICA NA<br>»» 024 | Unsecured Creditors | $8,191.32 | $926.34 | $7,264.98 |
| 1 | CAVALRY INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $5,456.13 | $617.02 | $4,839.11 |
| 22 | QUANTUM3 GROUP LLC as agent for<br>»» 022 | Unsecured Creditors | $903.44 | $97.89 | $805.55 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $5,466.49 | $618.19 | $4,848.30 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $9,200.04 | $1,040.41 | $8,159.63 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $633.14 | $62.46 | $570.68 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 009 | Unsecured Creditors | $945.00 | $102.41 | $842.59 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 010 | Unsecured Creditors | $3,970.59 | $449.02 | $3,521.57 |
| 11 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 011 | Unsecured Creditors | $3,771.52 | $426.52 | $3,345.00 |
| 12 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 012 | Unsecured Creditors | $1,191.27 | $123.31 | $1,067.96 |

**Chapter 13 Case No. 18-12515-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | MOMA FUNDING LLC »» 013 | Unsecured Creditors | $3,022.59 | $327.57 | $2,695.02 |
| 14 | MOMA FUNDING LLC »» 014 | Unsecured Creditors | $273.97 | $30.99 | $242.98 |
| 15 | MOMA FUNDING LLC »» 015 | Unsecured Creditors | $1,501.25 | $155.39 | $1,345.86 |
| 16 | MOMA FUNDING LLC »» 016 | Unsecured Creditors | $2,087.16 | $226.18 | $1,860.98 |
| 20 | MOMA FUNDING LLC »» 020 | Unsecured Creditors | $3,052.69 | $330.84 | $2,721.85 |
| 5 | PNC BANK NA »» 005 | Mortgage Arrears | $99.96 | $99.96 | $0.00 |
| 28 | PNC BANK »» 028 | Ongoing Mortgage | $2,823.46 | $2,823.46 | $0.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES »» 021 | Unsecured Creditors | $1,464.80 | $151.62 | $1,313.18 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $723.27 | $67.79 | $655.48 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES »» 018 | Unsecured Creditors | $1,120.10 | $115.93 | $1,004.17 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES »» 019 | Unsecured Creditors | $3,119.75 | $338.08 | $2,781.67 |
| 27 | SYNCHRONY BANK »» 027 | Unsecured Creditors | $178.42 | $15.85 | $162.57 |
| 26 | TD BANK USA NA »» 026 | Unsecured Creditors | $2,068.01 | $224.13 | $1,843.88 |
| 6 | WELLS FARGO »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CASE & DIGIAMBERARDINO PC »» 007 | Attorney Fees | $5,000.00 | $5,000.00 | $0.00 |
| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,755.00 | Current Monthly Payment: | $340.00 |
| Paid to Claims: | $16,097.13 | Arrearages: | ($825.00) |
| Paid to Trustee: | $1,494.07 | Total Plan Base: | $28,600.00 |
| Funds on Hand: | $163.80 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.