| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 18-12515-PMM**

TIMOTHY T  THIEME  
JOYLYNN E  FARRIS-THIEME  
111 INDEPENDENCE COURT  
BLANDON  PA    19510  

Petition Filed Date: 04/16/2018  
341 Hearing Date: 06/05/2018  
Confirmation Date: 01/24/2019  

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/20/2021 | $340.00 | | 05/18/2021 | $340.00 | | 06/18/2021 | $340.00 | |
| 07/19/2021 | $515.00 | | 08/18/2021 | $515.00 | | 09/20/2021 | $515.00 | |
| 10/19/2021 | $515.00 | | 11/18/2021 | $515.00 | | 12/20/2021 | $515.00 | |
| 01/18/2022 | $515.00 | | 02/17/2022 | $515.00 | | 03/17/2022 | $515.00 | |
| 04/18/2022 | $515.00 | | 05/17/2022 | $515.00 | | 06/17/2022 | $515.00 | |
| 07/18/2022 | $515.00 | | | | | | | |

**Total Receipts for the Period:  $7,715.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $24,790.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | AMERICAN EXPRESS NATIONAL BANK  »» 004 | Unsecured Creditors | $1,067.29 | $218.71 | $848.58 |
| 25 | BILL ME LATER AS SERVICER for SYNCHRONY BANK  »» 025 | Unsecured Creditors | $811.07 | $166.21 | $644.86 |
| 23 | BANK OF AMERICA NA  »» 023 | Unsecured Creditors | $4,663.79 | $989.97 | $3,673.82 |
| 24 | BANK OF AMERICA NA  »» 024 | Unsecured Creditors | $8,191.32 | $1,738.71 | $6,452.61 |
| 1 | CAVALRY SPV INVESTMENTS LLC  »» 001 | Unsecured Creditors | $5,456.13 | $1,158.13 | $4,298.00 |
| 22 | QUANTUM3 GROUP LLC as agent for  »» 022 | Unsecured Creditors | $903.44 | $185.15 | $718.29 |
| 2 | DISCOVER BANK  »» 002 | Unsecured Creditors | $5,466.49 | $1,160.32 | $4,306.17 |
| 3 | DISCOVER BANK  »» 003 | Unsecured Creditors | $9,200.04 | $1,952.81 | $7,247.23 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT  »» 008 | Unsecured Creditors | $633.14 | $134.40 | $498.74 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT  »» 009 | Unsecured Creditors | $945.00 | $200.58 | $744.42 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT  »» 010 | Unsecured Creditors | $3,970.59 | $842.82 | $3,127.77 |
| 11 | MIDLAND CREDIT MANAGEMENT INC AS AGENT  »» 011 | Unsecured Creditors | $3,771.52 | $800.53 | $2,970.99 |
| 12 | MIDLAND CREDIT MANAGEMENT INC AS AGENT  »» 012 | Unsecured Creditors | $1,191.27 | $244.18 | $947.09 |

| | | | | | |
|---|---|---|---|---|---|
| 13 | MOMA FUNDING LLC »» 013 | Unsecured Creditors | $3,022.59 | $641.57 | $2,381.02 |
| 14 | MOMA FUNDING LLC »» 014 | Unsecured Creditors | $273.97 | $46.16 | $227.81 |
| 15 | MOMA FUNDING LLC »» 015 | Unsecured Creditors | $1,501.25 | $307.69 | $1,193.56 |
| 16 | MOMA FUNDING LLC »» 016 | Unsecured Creditors | $2,087.16 | $442.99 | $1,644.17 |
| 20 | MOMA FUNDING LLC »» 020 | Unsecured Creditors | $3,052.69 | $647.97 | $2,404.72 |
| 5 | PNC BANK NA »» 005 | Mortgage Arrears | $99.96 | $99.96 | $0.00 |
| 28 | PNC BANK »» 028 | Ongoing Mortgage | $2,823.46 | $2,823.46 | $0.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES »» 021 | Unsecured Creditors | $1,464.80 | $300.24 | $1,164.56 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $723.27 | $153.48 | $569.79 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES »» 018 | Unsecured Creditors | $1,120.10 | $229.57 | $890.53 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES »» 019 | Unsecured Creditors | $3,119.75 | $662.17 | $2,457.58 |
| 27 | SYNCHRONY BANK »» 027 | Unsecured Creditors | $178.42 | $31.33 | $147.09 |
| 26 | TD BANK USA NA »» 026 | Unsecured Creditors | $2,068.01 | $438.94 | $1,629.07 |
| 6 | WELLS FARGO »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CASE & DIGIAMBERARDINO PC »» 007 | Attorney Fees | $5,000.00 | $5,000.00 | $0.00 |
| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,790.00 | Current Monthly Payment: | $515.00 |
| Paid to Claims: | $22,618.05 | Arrearages: | ($825.00) |
| Paid to Trustee: | $2,094.57 | Total Plan Base: | $28,600.00 |
| Funds on Hand: | $77.38 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.