Certificate Number: 14912-PAE-DE-037407863

Bankruptcy Case Number: 18-12515



14912-PAE-DE-037407863

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 6, 2023, at 4:53 o'clock PM EDT, Timothy Thieme completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 6, 2023

By:  /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor