Certificate Number: 14912-PAE-DE-037407862

Bankruptcy Case Number: 18-12515



14912-PAE-DE-037407862

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 6, 2023, at 4:53 o'clock PM EDT, Joylynn Farris Thieme completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 6, 2023                By:    /s/Jai Bhatt

                                  Name:  Jai Bhatt

                                  Title: Counselor