United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-12515-pmm

Timothy T Thieme  Chapter 13

Joylynn E Farris-Thieme

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 4

Date Rcvd: May 23, 2023     Form ID: 138OBJ     Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy T Thieme, Joylynn E Farris-Thieme, 111 Independence Court, Blandon, PA 19510-9675 |
| 14091725 | + | Home Pro Visa/Wells Fargo, PO Box 10347, Des Moines, IA 50306-0347 |
| 14113628 | + | John A. DiGiamberardino, Esquire, Case & DiGiamberardino, P.C., 845 N. Park Road, Ste. 101, Wyomissing, PA 19610-1342 |
| 14091726 | + | Law Offices of Frederic Weinberg, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14566043 | + | PNC BANK, NATIONAL ASSOCIATION, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14103034 | + | PNC Bank, National Association, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 14091730 | + | Sears/Citi Bank, N.A., P.O. Box 6283, Sioux Falls, SD 57117-6283 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | May 24 2023 00:51:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 24 2023 00:51:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14091713 | + | Email/PDF: bncnotices@becket-lee.com | May 24 2023 01:07:07 | American Express, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14112474 | | Email/PDF: bncnotices@becket-lee.com | May 24 2023 01:06:32 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14091714 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 24 2023 00:51:00 | Bank Of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 14124307 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 24 2023 00:51:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14091715 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 24 2023 00:51:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14091716 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 24 2023 00:55:03 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14091717 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 24 2023 00:55:03 | Capital One/Cabelas, 4800 NW 1st St Ste 300, Lincoln, NE 68521-4463 |
| 14093575 | + | Email/Text: bankruptcy@cavps.com | May 24 2023 00:51:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14091719 | + | Email/Text: mediamanagers@clientservices.com | May 24 2023 00:51:00 | Client Services Inc., P.O. Box 1503, Saint Peters, MO 63376-0027 |
| 14124659 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 24 2023 00:51:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14091720 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 18-12515-pmm    Doc 76    Filed 05/25/23    Entered 05/26/23 00:38:56    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 23, 2023 | Form ID: 138OBJ | Total Noticed: 46 |

| | | | |
|---|---|---|---|
| | | May 24 2023 00:51:00 | Comenity Capital/ BJs Wholesale, P.O. Box 182120, Columbus, OH 43218-2120 |
| 14091721 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 24 2023 00:51:00 | Comenity Capital/Boscovs, P.O. Box 182120, Columbus, OH 43218-2120 |
| 14091722 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 24 2023 00:51:00 | ComenityCapital/Bed Bath & Beyond, P.O. Box 182120, Columbus, OH 43218-2120 |
| 14091723 | Email/Text: mrdiscen@discover.com | May 24 2023 00:51:00 | Discover Financial Services LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 14097795 | Email/Text: mrdiscen@discover.com | May 24 2023 00:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14091724 | Email/Text: Bankruptcy@FMAAlliance.com | May 24 2023 00:51:00 | FMA Alliance, Ltd., 12339 Cutten Road, Houston, TX 77066 |
| 14091718 | Email/PDF: ais.chase.ebn@aisinfo.com | May 24 2023 00:55:16 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 14119343 | + Email/Text: bankruptcydpt@mcmcg.com | May 24 2023 00:51:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14091728 | Email/Text: Bankruptcy.Notices@pnc.com | May 24 2023 00:51:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14112757 | Email/Text: Bankruptcy.Notices@pnc.com | May 24 2023 00:51:00 | PNC Bank, N.A., Attention: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14126925 | Email/Text: Bankruptcy.Notices@pnc.com | May 24 2023 00:51:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14091729 | Email/Text: Bankruptcy.Notices@pnc.com | May 24 2023 00:51:00 | PNC Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14120772 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 24 2023 00:55:18 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14091727 | Email/PDF: gecsedi@recoverycorp.com | May 24 2023 00:55:14 | Pay Pay Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 14120757 | Email/Text: bnc-quantum@quantum3group.com | May 24 2023 00:51:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14123581 | Email/Text: bnc-quantum@quantum3group.com | May 24 2023 00:51:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14202490 | + Email/Text: bncmail@w-legal.com | May 24 2023 00:51:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14091731 | + Email/PDF: gecsedi@recoverycorp.com | May 24 2023 00:55:03 | Synchrony Bank, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14092441 | + Email/PDF: gecsedi@recoverycorp.com | May 24 2023 00:55:14 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14091732 | + Email/PDF: gecsedi@recoverycorp.com | May 24 2023 00:54:53 | Synchrony Bank/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 14091733 | + Email/PDF: gecsedi@recoverycorp.com | May 24 2023 00:55:14 | Synchrony Bank/Lowes, P.O. Box 956005, Orlando, FL 32896-0001 |
| 14091734 | + Email/PDF: gecsedi@recoverycorp.com | May 24 2023 00:54:53 | Synchrony Bank/Paypal, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14124663 | + Email/Text: bncmail@w-legal.com | May 24 2023 00:51:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14091735 | + Email/Text: bncmail@w-legal.com | May 24 2023 00:51:00 | TD Bank USA/Target Credit, P.O. Box 673, Minneapolis, MN 55440-0673 |

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 23, 2023 | Form ID: 138OBJ | Total Noticed: 46 |

| 14091736 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2023 00:55:17 | The Home Depot/ CitiBank, N.A., P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14091737 | + | Email/Text: BAN-U140190@ucbinc.com | May 24 2023 00:51:00 | United Collection Bureau Inc., P.O. Box 140190, Toledo, OH 43614-0190 |
| 14113407 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 24 2023 00:54:53 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2023          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2023 at the address(es) listed below:

**Name**          **Email Address**

BRIAN CRAIG NICHOLAS
          on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

JEROME B. BLANK
          on behalf of Creditor PNC BANK NA jblank@pincuslaw.com

MARIO J. HANYON
          on behalf of Creditor PNC Bank  National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHAEL PATRICK FARRINGTON
          on behalf of Creditor PNC Bank NA mfarrington@kmllawgroup.com

ROBERT J. DAVIDOW
          on behalf of Creditor PNC Bank NA robert.davidow@phelanhallinan.com

SCOTT F. WATERMAN (Chapter 13)
          on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
          ECFMail@ReadingCh13.com

STEPHEN MCCOY OTTO
          on behalf of Debtor Timothy T Thieme steve@sottolaw.com
          info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com

STEPHEN MCCOY OTTO
          on behalf of Joint Debtor Joylynn E Farris-Thieme steve@sottolaw.com
          info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com

THOMAS SONG
          on behalf of Creditor PNC Bank  National Association tomysong0@gmail.com

THOMAS SONG
          on behalf of Creditor PNC Bank NA tomysong0@gmail.com

| District/off: 0313-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 23, 2023 | Form ID: 138OBJ | Total Noticed: 46 |

United States Trustee
           USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Timothy T Thieme and Joylynn E
Farris−Thieme
        Debtor(s)                               Case No: 18−12515−pmm
                                                        Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                United States Bankruptcy Court
            Office of the Clerk, Gateway Building
                201 Penn Street, 1st Floor
                    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/23/23